## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

ROSSITZA LAZOVA, M.D.,

                              Plaintiff,

        v.

YALE UNIVERSITY,

                            Defendant.

Case No.:  3:15-cv-01834 (JCH)

July 7, 2016

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant Yale University ("Yale") respectfully moves, pursuant to Rule 7(b) of the Local Civil Rules and with the consent of Plaintiff's counsel, for a 14-day extension of time, from July 11, 2016 through and including July 25, 2016, for the parties to confer to attempt to resolve their disagreements with respect to Plaintiff's objections and responses to Yale's discovery requests, and within which to file, if necessary, Yale's motion to compel.

Good cause exists to grant this motion for the following reasons:

1.      The parties have reached a settlement agreement in principal that both parties' counsel expect to have finalized and effectuated in short order.

2.      Plaintiff commenced this action by Complaint dated December 17, 2015. Plaintiff filed an Amended Complaint on March 10, 2016.  (See Doc. Nos. 1 and 23.)

3.      On April 26, 2016, Plaintiff served Yale with her Objections and Responses to Defendant's First Set of Interrogatories and Requests for Production.

4.      On May 13, 2016, Yale's counsel sent a letter to Plaintiff's counsel in an attempt to resolve the parties' apparent disagreement with respect to Plaintiff's objections and responses to Yale's discovery requests.

5.      The parties have yet to meet and confer to address the issues identified in the May 13 letter.  While agreement may be reached with respect to some of those issues, it is anticipated that the parties will not reach agreement with respect to all of those issues.

6.      Pursuant to this Court's Order dated May 23, 2016, Yale's motion to compel, if any, must be filed by Monday, July 11, 2016.  (See Doc. No. 41.)

7.      On May 16, 2016, the parties appeared for two hours for an informal settlement conference before Magistrate Judge Merriam.  (See Doc. No. 39.)  While the case did not settle at the conference, the parties made substantial progress toward settlement.

8.      Since the May 16, 2016 settlement conference, the parties have continued their good faith settlement discussions and have reached a settlement agreement in principal that both parties' counsel expect will result in the settlement of this matter in short order.

9.      As part of this settlement agreement in principal, the parties have exchanged several drafts of a proposed release, which is nearly finalized with the exception of a minor detail that requires the parties' consideration before the formal settlement conference currently scheduled for Tuesday, July 12, 2016 before Magistrate Judge Merriam.  (See Doc. No. 43.)

10.     Both parties' counsel expect to have the remaining details of the settlement agreement in principal worked out and the settlement effectuated in short order.

11.     Yale's counsel requires the requested extension for the additional reason that the undersigned's brother suddenly and unexpectedly died on July 1, 2016.

12.     On July 7, 2016, Yale's counsel inquired of Plaintiff's counsel whether, in light of the status of the parties' settlement agreement in principal, their mutual desire to secure a just, speedy, and inexpensive determination of this action, and the sudden and unexpected death of the undersigned's brother, Plaintiff would consent to the requested extension.  See Fed. R. Civ. P. 1.

Plaintiff's counsel responded that she consents to the requested extension.  Both parties' counsel agree that, given the existence and status of the settlement agreement in principal, it would be a waste of the parties' and the Court's time and resources to require the parties to confer and Yale to file its motion to compel by Monday, July 11, 2016.

13.     The requested extension will not require a modification of the operative Scheduling Order or otherwise delay the timely adjudication of this matter.  (See Doc. No. 32.)

14.     This is Yale's second request for an extension with respect to this deadline.

WHEREFORE, Yale respectfully moves this Court for a 14-day extension of time, from July 11, 2016 through and including July 25, 2016, for the parties to confer to attempt to resolve their disagreements with respect to Plaintiff's objections and responses to Yale's discovery requests, and within which to file, if necessary, Yale's motion to compel.

THE DEFENDANT,
YALE UNIVERSITY


By:   /s/  Patrick M. Noonan
        Patrick M. Noonan (ct00189)
        James D. Flynn (ct29778)
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, Connecticut 06437
        Tel:  (203) 458-9168
        Fax:  (203) 458-4424
        Email:  pnoonan@ddnctlaw.com
                    jflynn@ddnctlaw.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that, on July 7, 2016, a copy of foregoing Consent Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                    /s/  James D. Flynn
                    James D. Flynn (ct29778)
                    Donahue, Durham & Noonan, P.C.
                    741 Boston Post Road
                    Guilford, Connecticut 06437
                    Tel:  (203) 458-9168
                    Fax:  (203) 458-4424
                    Email:  jflynn@ddnctlaw.com